IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Denese A.,

          Plaintiff,

v.

Commissioner of Social Security,

          Defendant.

Case No. 2:20-cv-6167

Judge Graham

Magistrate Judge Deavers

## Order

This matter is before the Court for consideration of the April 27, 2022 report and recommendation of the Magistrate Judge to whom this case was referred pursuant to 28 U.S.C. §636(b). The Magistrate Judge recommended that Plaintiff's Statement of Errors be overruled and that the Commissioner of Social Security's decision denying Plaintiff's applications for social security disability insurance benefits and supplemental security income be affirmed.

The report and recommendation specifically advised the parties that failure to object to the report and recommendation within fourteen days of the report would result in a waiver of the right to have the district judge review the report and recommendation *de novo* and a waiver of the right to appeal the decision of the district court adopting the report and recommendation. The time period for filing objections to the report and recommendation has expired, and no party has objected to the report and recommendation.

The Court agrees with the Magistrate Judge's report and recommendation (Doc. 17), and it is hereby adopted. Plaintiff's Statement of Errors (doc. 13) is OVERRULED and the Commissioner's decision is AFFIRMED.

                                                            s/ James L. Graham
                                                            JAMES L. GRAHAM
                                                            United States District Judge

DATE: May 13, 2022